# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC., a Delaware Corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>GOODWAY IMPORTS, INC, a California Corporation, MOHAMMED Y. ZAVERI, an individual, SHAISTA ZAVERI, an individual, MOHAMMED J. ZAVERI, an individual, ERUM JAWEED, an individual, MAHAMMED I. ZAVERI, an individual, NOEMI L. LAWAS, an individual, and ZUBEDA USMAN, an individual,<br><br>                   Defendants. | CASE NO. SACV12-0059 CJC (JPRx)<br><br>**JUDGMENT ON ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:        January 7, 2013<br>TIME:        1:30 p.m.<br>DEPT.:       9B<br>IC JUDGE:  Hon. Cormac J. Carney<br><br>CASE FILED:   January 12, 2012<br>TRIAL DATE:  February 26, 2013 |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 56, now sets forth its JUDGMENT in favor of plaintiff, MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC.

("Plaintiff") and against the following defendants, GOODWAY IMPORTS, INC., MOHAMMED Y. ZAVERI, SHAISTA ZAVERI, MOHAMMED J. ZAVERI, ERUM JAWEED, MAHAMMED I. ZAVERI, and ZUBEDA USMAN ("Defendants") as follows:

1. No material disputes of fact exist as to Plaintiff's cause of action for Breach of Contract and Breach of Guaranty against any of the Defendants.

2. Plaintiff provided adequate proof of its damages against the Defendants.

3. Plaintiff is entitled to a judgment against all Defendants, jointly and severally, in the amount of $390,518.00, plus interest to be determined as of the date of this Judgment, and its reasonable costs and attorneys' fees incurred by having to bring this suit against Defendants.

4. Plaintiff shall submit its calculation of interest and proof of its reasonable attorneys' fees and costs to this Court for further adjudication on those issues within 14 days of entry of this Judgment on the Court's docket.

JUDGMENT IS HEREBY ENTERED FOR PLAINTIFF.

DATED: January 29, 2013

_____
CORMAC J. CARNEY
United States District Judge

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1104458.1

2

JUDGMENT
Case No. SACV12-0059 CJC (JPRx)